| Invoice/Acct No. | Invoice Date | Payment for the Benefit of: | Gross Amt | Discount Amt | Net Amt |
|---|---|---|---|---|---|
| 03152011CB37 | 03/07/11 | 1055 - Thomasville Times - Enterprise | 230.00 | | 230.00 |
| | | Totals : | 230.00 | 0.00 | 230.00 |

Newspaper Holdings, Inc. Vendor No : **STE018** BELINDA K STEWART - Check No : **7046301**

| Invoice/Acct No. | Invoice Date | Payment for the Benefit of: | Gross Amt | Discount Amt | Net Amt |
|---|---|---|---|---|---|
| 032520112NDCB28 | 03/22/11 | 1055 - Thomasville Times - Enterprise | 230.00 | | 230.00 |
| | | Totals : | 230.00 | 0.00 | 230.00 |

**Newspaper Holdings, Inc.** Vendor No : **STE018** BELINDA K STEWART Check No : **7046669**

| Invoice/Acct No. | Invoice Date | Payment for the Benefit of: | Gross Amt | Discount Amt | Net Amt |
|---|---|---|---|---|---|
| 4121213 | 04/12/11 | 1055 - Thomasville Times - Enterprise | 324.90 | | 324.90 |
| | | **Totals :** | **324.90** | **0.00** | **324.90** |

EDGE Document Solutions, LLC 04-1X45-811G (09/10) www.edgedocllc.com

**Newspaper Holdings, Inc.** Vendor No : **STE018** BELINDA K STEWART Check No : **7046925**

| Invoice/Acct No. | Invoice Date | Payment for the Benefit of: | Gross Amt | Discount Amt | Net Amt |
|---|---|---|---|---|---|
| 042920112NDCB30 | 04/25/11 | 1055 - Thomasville Times - Enterprise | 324.90 | | 324.90 |
| | | **Totals :** | **324.90** | **0.00** | **324.90** |

EDGE Document Solutions, LLC 04-1X45-811G (09/10) www.edgedocllc.com