IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| Belinda Stewart | * | CHAPTER 13 BANKRUPTCY |
| DEBTOR | * | CASE # 11-70623 |
| | * | |

## NOTICE OF CHANGE OF ADDRESS

Comes now, SHELBA D. SELLERS, Attorney for Debtor/Respondent, and shows the Court the address of record for the following Creditor as follows:

**Bank of America**
**INC 4-105-03-14**
**P.O. Box 26012**
**Greensboro, NC 27410-6012**
**Attn: Bankruptcy Department**

WHEREFORE, debtor prays that the amendment be allowed and made part of the bankruptcy schedules.

This 16th day of June, 2011.

/s/**Shelba D. Sellers**
Shelba D. Sellers, Attorney for Debtor
P.O. Box 1157
Thomasville, GA 31799
(229)226-9888

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing Notice of Change of Address upon the following parties:

**Chapter 13 Trustee**
**P.O. Box 1907**
**Columbus, GA 31902**

Either by electronic notice, for those requesting such services, or by depositing same in the U.S. Mail with sufficient postage thereon to insure proper delivery.

    This 16th day of June, 2011.

                                          /s/**Shelba D. Sellers**
                                          Shelba D. Sellers, Attorney for Debtor
                                          P.O. Box 1157
                                          Thomasville, GA 31799
                                          (229)226-9888