### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| Belinda K. Stewart | * | CHAPTER 13 BANKRUPTCY |
| DEBTOR | * | CASE # 11-70623 |
| | * | |

### NOTICE OF CHANGE OF ADDRESS

Comes now, SHELBA D. SELLERS, Attorney for Debtor/Respondent, and shows the Court the address of record for the following Debtor as follows:

**Old Address:**
**Belinda K. Stewart**
**600 Ladybug Lane**
**Ochlocknee, GA 31773**

**New Address:**
**Belinda K. Stewart**
**650 Orange Avenue**
**St. Augustine, FL 32092**

WHEREFORE, debtor prays that the amendment be allowed and made part of the bankruptcy schedules.

This 13th day of July 2011.

/s/**Shelba D. Sellers**
Shelba D. Sellers, Attorney for Debtor
P.O. Box 1157
Thomasville, GA 31799
(229)226-9888

CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing Notice of Change of Address upon the following parties:

**Chapter 13 Trustee**
**P.O. Box 1907**
**Columbus, GA 31902**

Either by electronic notice, for those requesting such services, or by depositing same in the U.S. Mail with sufficient postage thereon to insure proper delivery.

    This 13th day of July, 2011.


                                          /s/**Shelba D. Sellers**
                                          Shelba D. Sellers, Attorney for Debtor
                                          P.O. Box 1157
                                          Thomasville, GA 31799
                                          (229)226-9888