

**SO ORDERED.**

**SIGNED this 19 day of September, 2011.**

_____
**JOHN T. LANEY, III
CHIEF UNITED STATES BANKRUPTCY JUDGE**
_____

United States Bankruptcy Court
Middle District of Georgia
Valdosta Division

| In Re: | Belinda Kay Stewart<br>650 Orange Ave<br>St. Augustine, FL 32092<br><br>XXX-XX-1597 | Chapter 13<br><br>Case No: 11-70623-JTL |
|---|---|---|

Order Disallowing Claim

The objection of the Chapter 13 Trustee to claim # 15 filed by Verizon Wireless, Po Box 3397 , Bloomington, IL 61702, in the above referenced case, having been served upon the claimant and other parties of interest, and no response to said objection having been filed/or any filed response has been resolved or withdrawn, it is hereby

ORDERED that claim # 15 filed by Verizon Wireless, is hereby disallowed .

END OF DOCUMENT

John Gilson GA Bar No. 295360 for
CHAPTER 13 TRUSTEE
P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151