

**SO ORDERED.**

**SIGNED this 23 day of May, 2012.**

_____
John T. Laney, III
**Chief United States Bankruptcy Judge**

**United States Bankruptcy Court**
For the Middle District of Georgia
Valdosta Division

| | | |
|---|---|---|
| In the matter of: | ) | Chapter 13 |
| | ) | |
| Belinda Kay Stewart, | ) | Case Number: 11-70623-JTL |
| Debtors. | ) | |
| | ) | |

ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

MOVANT:  Bank of America, NA, successor by merger to Lasalle Bank Midwest, NA

SUBJECT: Real property commonly known as 1011 E. Clay Street, Thomasville, GA 31792

The above motion having been set down for hearing and there being no opposition, the motion is hereby:

__X__  Granted .                                             ____ Order applies to Co-Debtor.

____   Granted.  The Trustee shall reduce movant's claim relating to this collateral to the amount paid.  Movant is granted leave to seek allowance of a deficiency claim, if appropriate.

__X__  The terms of this Order shall take effect immediately.

____   Denied.                                               ____ Denied on an interim basis and the Stay shall continue in effect.  A final hearing will be set by the

Court.

____   Denied on condition that:

        ____   The debtor shall make timely post-petition payments as required by the Chapter 13 Plan.

        ____   The debtor tender payments to the movant or take other action as follows:

___   That in the event the debtor fails to comply with the terms of this order, the movant, through its authorized representative or attorney of record, may serve an affidavit setting forth the default, with service upon the Debtor(s), the Debtor(s)' attorney, the Trustee, and the Co-Debtor, if applicable. Upon the expiration of fifteen (15) days from the date of said affidavit, without the filing of a counter affidavit by the debtor disputing the fact of default, an order may be entered lifting the automatic stay, converting the case to a Chapter 7 or dismissing the case without further motion, notice or hearing.

____   Other provisions:

Submitted by:

/s/ Karl E. Osmus
Karl E. Osmus
Attorney for Movant
GA Bar No. 555129
1010 Williams Street
Valdosta, Georgia 31601
229-257-0080
File No. 12-340
karlosmus@aol.com

END OF DOCUMENT