# United States Bankruptcy Court

Middle District of Georgia

In re:
  Belinda Kay Stewart
  650 Orange Avenue
  St. Augustine, FL 32092
Debtor(s) Case No. 11–70623 jtl

Chapter 13

To: Georgia Department of Revenue

**NOTICE OF FILING OF CLAIM**

YOU ARE HEREBY NOTIFIED that on 12/17/14, a Proof of Claim was filed on your behalf, pursuant to 11 U.S.C. section 501(c), in the amount of $4,658.42.

Dated: 12/18/14

Kyle George, Clerk

United States Bankruptcy Court