# United States Bankruptcy Court

Middle District of Georgia

In re:

   Belinda Kay Stewart
   650 Orange Avenue
   St. Augustine, FL 32092
Debtor(s) Case No. 11−70623 jtl

Chapter 13

To: Georgia Department of Revenue

**NOTICE OF FILING OF CLAIM**

YOU ARE HEREBY NOTIFIED that on 12/17/14, a Proof of Claim was filed on your behalf, pursuant to 11 U.S.C. section 501(c), in the amount of $4,658.42.

Dated: 12/18/14

Kyle George, Clerk

United States Bankruptcy Court

United States Bankruptcy Court
Middle District of Georgia

In re:  
Belinda Kay Stewart  
    Debtor

Case No. 11-70623-jtl  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113G-7     User: cet     Page 1 of 1     Date Rcvd: Dec 18, 2014  
                   Form ID: ntcclm     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2014.  
db          +Belinda Kay Stewart,   650 Orange Avenue,   St. Augustine, FL 32092-9664

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
9755240        E-mail/Text: brnotices@dor.ga.gov Dec 18 2014 17:42:50      GEORGIA DEPARTMENT OF REVENUE,   COMPLIANCE DIVISION,   1800 CENTURY BLVD NE,   ATLANTA GA 30345-3202  
                                                                                                   TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2014                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2014 at the address(es) listed below:  
        Kristin Hurst    ecf@ch13trustee.com, courtdailysummary@ch13trustee.com  
        Richard S. Ralston    on behalf of Creditor   Oak Harbor Capital II, L.L.C. chapter-13@w-legal.com  
        S. Andrew Shuping, Jr.    on behalf of Creditor   Bank of America, NA successor by merger to LaSalle Bank Midwest, NA ashuping@shupinglaw.com, gabkr@brockandscott.com;wbecf@brockandscott.com  
        Shelba D. Sellers    on behalf of Debtor Belinda Kay Stewart shelba_sellers@yahoo.com, shelbadsellers@gmail.com  
        U.S. Trustee - MAC    Ustp.region21.mc.ecf@usdoj.gov  
                                                                                                 TOTAL: 5